IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-122-1H
NO. 7:11-CV-149-H

| | |
|---|---|
| DERRICK DESHAWN NIXON,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | **ORDER** |

This matter is before the court on petitioner's motion for relief from judgment from the order and judgment of April 3, 2014, on his § 2255 motion [DE #87 and #88]. The motion gives no valid legal reason for this court to reconsider its prior judgment of more than four years ago. Therefore, the motion is DENIED.

This 23rd day of October 2018.

                                      Malcolm J. Howard
                                      Senior United States District Judge

At Greenville, NC
#26